**IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO**

IN RE: URIEL LUIS LAPORTE TORRES

Bkrtcy. No. 11-01382-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Feb 23, 2011
Meeting Date: Mar 30, 2011
DC Track No. 19

Days from petition date: 35
Meeting Time: 1:00 PM

910 Days before Petition: 8/27/2008
☐ Chapter 13 Plan Date: Feb 23, 2011 Dkt.# 2
☐ Amended.

This is debtor(s) 2nd Bankruptcy petition. 7st was in 1996
Plan Base: $9,000.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Apr 27, 2011  Time: 2:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No.   Date   Amount
Total Paid In: $150.00

**I. Appearances:** ☐ Telephone ☐ Video Conference   ☐ Creditor(s) present: ☑ None.
☑ Debtor Present   ☑ ID & Soc. OK   ☐ Debtor Absent
☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: Michelle Vega   ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: ROBERTO FIGUEROA CARRASQUILL* ✗
Total Agreed: $3,000.00   Paid Pre-Petition: $71.00   Outstanding: $2,929.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.   Liquidation Value: 0.00
Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
10.54% The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☑ HELD OPEN FOR 10 DAYS
§341 Meeting Rescheduled for: ____

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☑ Tax returns requirements. [§1308] SC6088 to confirm filing of 2010 tax return
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Debtor will submit form SC6088 from Dept. of Treasury to confirm filing of 2010 tax return

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1   Date: Mar 30, 2011