```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN Re:<br><br>URIEL LUIS LAPORTE TORRES<br><br>XXX-XX-5160<br><br><br>         DEBTOR (S) | CASE NO. 11-01382-ESL<br><br><br>CHAPTER 13 |

**NOTICE OF CLOSING 341 CREDITORS' MEETING<br>AFTER FAILURE TO COMPLY WITH 11 U.S.C. § 1308**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully alleges and informs:

1. The Section 341 Creditors Meeting in this case was held on **March 30, 2011.** In compliance with 11 U.S.C. §1308 (b) (1) and after the relevant inquiry, the Trustee decided to hold the meeting open for **10** days, pending Debtor(s)' remittance of evidence of filing all applicable tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

2. Through this notice the Trustee CLOSE the 341 and certifies that debtor(s) **has/have not** provided evidence of filing the applicable tax returns in compliance with 11 U.S.C. §1308.

**WHEREFORE**, for the reasons herein stated the Trustee respectfully informs this Honorable Court, all creditors and parties in interest of the **CLOSING of the 341.**

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies a copy of this motion has been served by regular U.S. Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective addresses of record as they appear in the attached master address list to the address of record, if any are not registered CM/ECF system participants.

In San Juan, Puerto Rico this, April 12, 2011.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

11-01382-ESL              MASTER ADDRESS LIST

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR  00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | URIEL LUIS LAPORTE TORRES<br>BONNEVILLE HEIGHTS<br>D25  4 STREET<br>CAGUAS, PR  00727 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR  00919-3677 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131-1605 |
| CITIFINANCIAL PLUS<br>PO BOX 499<br>HANOVER, MD  21076 | SECURITY CREDIT<br>GECC<br>2612 JACKSON AVE W<br>OXFORD, MS  38655 |
| SAMS<br>PO BOX 105980 DEPT 77<br>Atlanta, GA  30353-5980 | URIEL LUIS LAPORTE TORRES<br>BONNEVILLE HEIGHTS<br>D25  4 STREET<br>CAGUAS, PR  00727 |
| TOYOTA MOTOR CREDIT CORP<br>PO BOX 2730<br>TORRANCE, CA  90509-2730 | ,  00000 |
| RETIREMENT<br><br>, PR  00000 | AES/NCT<br>1200 N 7TH STREET<br>HARRISBURG, PA  17102 |
| LEADING EDGE RECOVERY<br>PO BOX 129<br>LINDEN, MI  48451-0129 | Mr. Lebron \|Caguas, PR 00725<br>Caguas, PR  00725<br>,  00000 |
| CITIFINANCIAL<br>1 CITIBANK DR STE 201<br>SAN JUAN, PR  00926 | SECURITY CREDIT<br>WALMART<br>2612 JACKSON AVE W<br>OXFORD, MS  38655 |